BC

**FILED**
**12/29/2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

vs.

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (<u>NON-PRISONER CASE</u>)**

Case number:

1:24-cv-13332
Judge April M. Perry
Magistrate Judge Young B. Kim
RANDOM / Cat. 2

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

\_\_\_ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

\_\_\_ to request an attorney

1. *Are you employed?*

    \_\_\_ Yes    Name and address of employer: _____

    Total amount of monthly take-home pay: _____

    \_\_\_ No    Date(s) of last employment: _____ Last monthly take-home pay:_____

2. *If married, is your spouse employed?* \_\_\_\_ Not married

    \_\_\_ Yes    Name and address of spouse's employer: _____

    Total amount of spouse's monthly take-home pay: _____

    \_\_\_ No    Date(s) of spouse's last employment:          Spouse's last monthly take-home pay:

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

    (*list the 12-month total for each*)

    Self-employment, business, or profession: $ _____
    Income from interest or dividends: $ _____
    Income from rent payments: $ _____
    Pensions, annuities, or life insurance: $ _____
    Disability or worker's compensation: $ _____
    Gifts (including deposits into any accounts in your name): $ _____
    Unemployment, public assistance, or welfare: $ _____
    Settlements or judgments (include any that are expected): $ _____
    **Any other source of money**:     Food Stamps $ _____

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account?  ___ Yes    ___ No   If yes, how much? $13_____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  x  Yes       ___ No

    If yes, list each item of property and state its approximate value:

    _____
    _____
    _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support?    ___ Yes    ___ No

    If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

    _____
    _____

7. *Debts and financial obligations*: List any amounts you owe to others:

    _____
    _____
    _____

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

    _____
    _____
    _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date:  _____                              _____
                                                              *Applicant's signature*

                                                _____
                                                              *Printed name*

Rev. 2/2020