**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

JoAnne Denison
                Plaintiff,

v.                                               Case No.: 1:24–cv–13332
                                               Honorable April M. Perry

Donald J Trump
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 2, 2025:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's motion for leave to proceed in forma pauperis [4] is denied. It appears from Plaintiff's affidavit that her one–person household annually receives $24,000 in income from rental payments, $26,400 from social security, and $400 in food stamps. Moreover, Plaintiff owns in joint tenancy a home worth approximately $800,000 apparently with no mortgage. This puts Plaintiff at more than three times the 2024 HHS Poverty Guidelines of $15,060 per year in income for a 1–person household. Accordingly, the motion to proceed in forma pauperis is denied, and Plaintiff must pay the filing fee in order to proceed with the case. The Court sets a deadline of February 5, 2025 for Plaintiff to do so. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.