# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

JoAnne Denison

                        Plaintiff,

v.                                                    Case No.: 1:24–cv–13332

                                                     Honorable April M. Perry

Donald J Trump

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2025:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's renewed motion for leave to file in forma pauperis [10] is denied. Even with the corrections to her affidavit, her income exceeds the poverty level and she has significant equity in a home. Plaintiff's additional motions [9] are also denied. The Court will not direct the U.S. Marshal as to how and where to perform service. Moreover, the information in Plaintiff's affidavit, while personal, does not contain personally identifying information, tax forms, bank account information, or anything else that overcomes the presumption of the public having access to court filings. Finally, the Court is not aware of any other cases in this district (and a search of the CMECF docket does not show any) raising similar issues, such that Local Rule 40.4's conditions would be satisfied. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.