US FEDERAL DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

BC FILED R.M
1/24/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JOANNE DENISON<br>  Plaintiff, | Case No. 1-24-13332 |
| vs. | Judge: April M Perry |
| DONALD J. TRUMP<br>  Defendant | Magistrate: Young B Kim |

**RENEWED MOTION TO SEAL, TO CONSOLIDATE, WAIVE FEES &
& OTHER RELIEF**

Now comes Plaintiff Joanne Denison ("Plaintiff Joanne") and herewith respectfully files her Renewed Motion for the following relief:

A. Correct and reconsider the Fee Petition Order that Plaintiff has $24,000 total income and not double that because she has no "rental income"[2], a corrected Fee Waiver request is attached has already been submitted. Plaintiff's total income is $2200 per month plus $20 in food stamps for total of $26,640 per annum The court has stated that the poverty level is $15,060 which puts her at 1.76 times the stated poverty level. If the court cannot grant some or all of the fees waived, Plaintiff is respectfully requesting a payment plan of $75 per month. To pay $400 in one month is approximately 18% of her total monthly income.

      Plaintiff is requesting the sealing because food stamp card accounts are stolen all the time (in case the court is not aware) and so are social security checks and account information. It is not a good idea to let the public know the name, address,

---

[2]The lines were confusing, Plaintiff meant to put down just $2200 per month for a total of $26,400 per year and she has no other income. Plaintiff apologizes for the error and any resulting confusion.

-i-

phone, email of those account holders. It is often easy to hack and drain those accounts with that information. Fake cards and checks are created all the time. Plaintiff has personally had her own food stamp card hacked and drained twice in 2 years, and one of her clients has had multiple social security checks stolen from his mail.

B. Plaintiff is highly disappointed that she is the only one filing such a case at the present time, but she will continue on with or without a group effort. She will attempt to contact the attorney general and see if they will accept service and send out a waiver of service letter.

Plaintiff, upon information and belief understands that similar cases have been filed in both Maine and Colorado by CREW (Citizens for Responsibility and Ethics in Washington) and perhaps her case can be transferred to one of those district courts and consolidated there. Just a suggestion. No reason to waste valuable judicial resources.

The court is kindly thanked for all its assistance in this matter.

RESPECTFULLY SUBMITTED,

/s/joannedenison

Joanne Denison, Plaintiff Pro Se

Prepared by
Joanne Denison, pro se
Justice 4 Every1, NFP
5534 N Milwaukee Ave
Chicago, IL 60631
ph 773.255.7608
email joanne@justice4every1.com

VERFICIATION UNDER 18 USC § 1001

I hereby declare that all statements made are true and correct to the best of my knowledge and belief, and were believed to be true at the time the statement was made.

/s/Joannedenison

Joanne Denison, Plaintiff Pro Se

NOTICE OF FILING

You are herewith notified that I filed the foregoing Motion to Seal, Consolidate and Other Relief was filed with the clerk of court, ND Illinois, ED on January 24, 2025 via the clerk's website at
https://www.ilnd.uscourts.gov/Pages.aspx?hFVuYQrT4MgavS30inXyB1g05z5eIN3M.

/s/Joannedenison

Joanne Denison, Plaintiff Pro Se.