**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

JoAnne Denison
                                Plaintiff,

v.                                         Case No.: 1:24–cv–13332
                                         Honorable April M. Perry

Donald J Trump
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2025:

       MINUTE entry before the Honorable April M. Perry: Plaintiff's motions [12] are denied, for the reasons previously stated and for the reasons that follow. There is no payment plan process available for filing fees in the Northern District of Illinois District Court (payment plans are only available in Bankruptcy Court). None of Plaintiff's personal information appears in her IFP petition that does not already appear on the public docket itself. The Court has searched the dockets of the U.S. District Courts of Maine and Colorado – there are no current cases in either district (i.e., post–election) naming Donald J. Trump as defendant. To the extent Plaintiff plans to proceed with this case, she is encouraged to visit the Northern District of Illinois court web page entitled "Information for People without Lawyers" and/or make an appointment with the Hibbler Help Desk at hibbler@uplcchicago.org Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.