## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

JoAnne Denison

                    Plaintiff,

v.                                            Case No.: 1:24–cv–13332

                                                  Honorable April M. Perry

Donald J Trump

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 30, 2025:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's motion to amend the complaint [34] is denied. Plaintiff's amendment would be futile, because Plaintiff has still not been able to demonstrate that she has standing to bring this lawsuit, which asks for the removal of President Donald J. Trump from office. Plaintiff claims standing on the following bases: (1) Plaintiff receives social security, and President Trump "constantly threatens [to] reduce, cut or privatize social security," Doc. 34 at 7; (2) Plaintiff is the executive director of a charity that may have its funding cut, id.; (3) Plaintiff receives food stamps, which benefits may be eliminated, id.; (4) Plaintiff is a voter, and voting rights are being affected, id. at 8; (5) Plaintiff lives in a sanctuary city that may have its funding cut; (6) Plaintiff is a member of organizations that may have their funding cut by the President's policy decisions, id.; (7) Plaintiff is disabled within the meaning of the ADA and those protections may change, id. at 8–9; and (8) Plaintiff receives Medicare, which benefits may be cut, id. at 9. Simply put, none of these harms creates standing for Plaintiff to bring this lawsuit. To be clear: Plaintiff#039;s lawsuit does not challenge a particular statute, regulation, agency action, or budgetary cut. In certain instances, a Plaintiff who challenges the legality of a government action may have standing to challenge that government action in court if they are injured by it. See, e.g., Lujan v. Defenders of Wildlife, 504 U.S. 555, 561 (1992). But Plaintiff's lawsuit does not raise a claim involving social security benefits, food stamps, voting rights, sanctuary city policies, the ADA, Medicare, or any specific funding cut. Instead, Plaintiff's proposed lawsuit attempts to remove President Trump from office because, the lawsuit alleges, he is not qualified to hold the office under Section 3 of the Fourteenth Amendment. This claim is not fairly traceable to Plaintiff's alleged injuries, all of which are at the moment hypothetical and would only come about due to Congressional actions (or inactions) or policy decisions that are unrelated to whether or not President Trump quot;is constitutionally eligible to continue to hold the office of the presidency." Doc. 35 at 115. Without a plaintiff with standing, this Court has no subject matter jurisdiction. See Silha v. ACT, Inc., 807 F.3d 169, 174 (7th Cir. 2015). This case is therefore dismissed, with prejudice. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.